Opinion filed June 1, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed June 1, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-04-00267-CV 

 

                                                    __________

 

           KENNETH L. CLEAVER AND CYNTHIA CLEAVER, Appellants

 

                                                             V.

 

                                      CHARLES
CUNDIFF, Appellee

 



 

                                          On
Appeal from the 32nd District Court

 

                                                          Nolan
County, Texas

 

                                                   Trial
Court Cause No. 18,356

 



 

                  O
N   A P P E L L A N T S =   M O T I O
N   F O R   R E H E A R I N G

 








In their motion for rehearing, the Cleavers
clarified their argument concerning the jury=s
finding that they were bona fide purchasers. 
The trial court disregarded that finding.  A jury finding may be disregarded if it is
immaterial or if it has no support in the evidence.  Tex.
R. Civ. P. 301;  Spencer v.
Eagle Star Ins. Co. of Am., 876 S.W.2d 154, 157 (Tex. 1994).  As we indicated in our original opinion, to
be a bona fide purchaser, the purchase must be made for valuable consideration
and without notice, either actual or constructive, of the adverse claim.[1]  There was no evidence that the Cleavers were
without notice of the claimed easement over the road.  Thus, the bona-fide-purchaser finding had no
support in the evidence.  To the
contrary, the evidence conclusively showed notice.  The road and gate leading into the adjacent
property were open and obvious, and Kenneth Cleaver had seen somebody driving
down that road.  Therefore, as we held in
our original opinion, the trial court did not err in disregarding the bona-fide-purchaser
finding.  

The motion for rehearing is overruled.  

 

 

JIM R. WRIGHT

CHIEF JUSTICE

 

June 1, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.











[1]We note that the question in this case, as submitted by
the Cleavers, improperly omitted any mention of Aconstructive@ notice.